[No. 47409-0-I.   Division One.   November 5, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. KIM LEE
DEDONADO, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 00-1-01867-0, LeRoy McCullough, J., entered
August 21, 2000. *Affirmed* by unpublished per curiam
opinion.

[No. 47413-8-I.   Division One.   November 5, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CIPRIAN ARDELEAN,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-00649-6, Nicole MacInnes, J., entered
June 2, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47422-7-I.   Division One.   November 5, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD STARK,
*Appellant*.

Appeal from a judgment of the Superior Court for
Whatcom County, No. 98-2-00733-4, David A. Nichols, J.,
entered October 6, 2000. *Affirmed* by unpublished opinion
per Webster, J., concurred in by Kennedy and Appelwick,
JJ.

[No. 47445-6-I.   Division One.   November 5, 2001.]

RICHARD SMITH, ET AL., *Appellants*, v. THE CITY OF MERCER
ISLAND, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King
County, No. 99-2-11215-6, Michael J. Fox, J., entered Au-
gust 25 and September 14, 2000. *Affirmed* by unpublished
opinion per Cox, J., concurred in by Webster and Baker, JJ.